EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Víctor M. Fusté | 2008 TSPR 65<br><br>173 DPR _____ |

Número del Caso: TS-2609


Fecha: 25 de abril de 2008


Abogado de la Parte Peticionaria:

> Por Derecho Propio


Colegio de Abogados de Puerto Rico:

> Lcdo. José M. Montalvo Trías
> Director Ejecutivo


Materia: Baja voluntaria del ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

                                  TS-2609

Víctor M. Fusté

RESOLUCIÓN

San Juan, Puerto Rico, a 25 de abril de 2008

Atendido el escrito titulado Moción presentado por el Lcdo. Víctor M. Fusté Conde en la cual solicita se le conceda la baja voluntaria de la práctica de profesión de abogado, así como la Moción Solicitando Autorización para Baja Voluntaria presentada el 14 de febrero de 2008 por el Colegio de Abogados de Puerto Rico, en la cual se indica no tener objeción a la baja voluntaria, se autoriza al Lcdo. Víctor M. Fusté Conde a darse de baja voluntariamente de esa institución.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo